Ralph S. LaMontagne, Jr. (91536)
Eric A. Amador (143395)
LaMontagne & Amador LLP
150 S. Los Robles Ave., Suite 940
Pasadena, CA 91101

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Starr Indemnity & Liability Company,

Plaintiff(s),

v.

Dunham Trust Company, et al.,

Defendant(s).

CASE NUMBER

5:21-cv-00142-SB-ADS

**NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a) or (c)**

PLEASE TAKE NOTICE: (*Check one*)

☐ This action is dismissed by the Plaintiff(s) in its entirety.

☐ The Counterclaim brought by Claimant(s) _____ is dismissed by Claimant(s) in its entirety.

☐ The Cross-Claim brought by Claimants(s) _____ is dismissed by the Claimant(s) in its entirety.

☐ The Third-party Claim brought by Claimant(s) _____ is dismissed by the Claimant(s) in its entirety.

☑ **ONLY** Defendant(s) Continental Aerospace Technologies, Inc., without prejudice

is/are dismissed from (*check one*) ☑ Complaint, ☐ Counterclaim, ☐ Cross-claim, ☐ Third-Party Claim brought by Starr Indemnity & Liability Company.

The dismissal is made pursuant to F.R.Civ.P. 41(a) or (c).

March 3, 2021                    */s/   Ralph S. LaMontagne, Jr.*
*Date*                           *Signature of Attorney/Party*

NOTE: ***F.R.Civ.P. 41(a):*** *This notice may be filed at any time before service by the adverse party of an answer or of a motion for summary judgment, whichever first occurs.*

***F.R.Civ.P. 41(c):*** *Counterclaims, cross-claims & third-party claims may be dismissed before service of a responsive pleading or prior to the beginning of trial.*