Ralph S. LaMontagne, Jr. [State Bar No. 91536]
rlamontagne@l-a-lawoffices.com
Eric A. Amador [State Bar No. 143395]
eamador@l-a-lawoffices.com
Thomas T. Carpenter [State Bar No. 98051]
tcarpenter@l-a-lawoffices.com
LaMONTAGNE & AMADOR LLP
150 S. Los Robles Avenue, Suite 940
Pasadena, California 91101
Telephone:  (626) 765-6800
Facsimile:  (626) 765-6801

Attorneys for Plaintiff
STARR INDEMNITY & LIABILITY COMPANY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STARR INDEMNITY & LIABILITY COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>DUNHAM TRUST COMPANY, et al.,<br><br>Defendants. | Case No. 5:21-cv-00142-SB-ADS<br><br>**STIPULATION FOR DISMISSAL OF ACTION AS AGAINST INTERINSURANCE EXCHANGE OF THE AUTOMOBILE CLUB ONLY (ERRONEOUSLY NAMED HEREIN AS AUTOMOBILE CLUB OF SOUTHERN CALIFORNIA)** |

**WHEREAS**, plaintiff Starr Indemnity & Liability Company ("Plaintiff") filed its complaint ("Complaint") in this action on January 25, 2021, and on March 17, 2021, effected service upon Gail C. Louis, Esq., as agent for defendant Interinsurance Exchange of the Automobile Club ("the Exchange"), erroneously named herein as Automobile Club of Southern California;

**AND WHEREAS**, the Exchange represents that it will not pursue claims against Starr or any insured under the policy identified in the complaint herein ("the Complaint") at paragraph 1, including but not limited to Antonio Pastini, the Estate

of Antonio Pastini and the trustee of the Antonio P. Pastini Living Trust dated November 21, 2011, arising from the "Accident" incident described in the Complaint at paragraph 2;

**AND WHEREAS,** the Exchange reserves any and all claims that it may have against any and all manufacturers of the subject "Aircraft" at issue herein (see paragraph 2 of the Complaint) (Plaintiff represents that none of which are insureds under Plaintiff's policy identified in the Complaint), including, but not limited to, Textron Aviation Inc. and Continental Aerospace Technologies, Inc.;

**NOW, THEREFORE**, based upon this representation, Plaintiff and the Exchange hereby **STIPULATE** pursuant to Fed.R.Civ.P. 41 to the dismissal from this action, without prejudice, of the Exchange, with each party bearing its own fees and costs.

**IT IS SO STIPULATED.**

Dated: April 7, 2021            Respectfully submitted,

                                MOKRI VANIS & JONES, LLP


                                By:  *Limor Lehavi*                    /s/
                                     Limor Lehavi
                                Attorneys for Defendant
                                INTERINSURANCE EXCHANGE OF THE
                                AUTOMOBILE CLUB (erroneously named
                                herein as Automobile Club of Southern
                                California)

Dated: April 7, 2021            LaMONTAGNE & AMADOR LLP


                                By:  *Eric A. Amador*                  /s/
                                     Ralph S. LaMontagne, Jr.
                                     Eric A. Amador
                                Attorneys for Plaintiff
                                STARR INDEMNITY & LIABILITY
                                COMPANY