UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

NOT JS-6

CIVIL MINUTES - GENERAL

| Case No.:  5:21-cv-00142-SB (ADSx) | Date:  4/10/2021 |
|---|---|

| Title: | *Starr Indemnity & Liability Co. v. Dunham Trust Co., et al.* |
|---|---|

| Present: The Honorable | **STANLEY BLUMENFELD, JR., U.S. District Judge** |
|---|---|

| Victor Cruz | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Appearing | None Appearing |

**Proceedings:** **ORDER GRANTING STIPULATION OF DISMISSAL AGAINST DEFENDANT INTERINSURANCE EXCHANGE OF THE AUTOMOBILE CLUB [DKT. NO. 36]**

The Court has reviewed the parties' joint stipulation of dismissal.  (Stip., Dkt. No. 36.)  Pursuant to Federal Rule of Civil Procedure 41(a), Defendant Interinsurance Exchange of the Automobile Club (erroneously sued as Automobile Club of Southern California) is **DISMISSED without prejudice**.  Each party is to bear its own fees and costs.

**IT IS SO ORDERED**.