1  Ralph S. LaMontagne, Jr. [State Bar No. 91536]
   rlamontagne@l-a-lawoffices.com
2  Eric A. Amador [State Bar No. 143395]
   eamador@l-a-lawoffices.com
3  Thomas T. Carpenter [State Bar No. 98051]
   tcarpenter@l-a-lawoffices.com
4  LaMONTAGNE & AMADOR LLP
   150 S. Los Robles Avenue, Suite 940
5  Pasadena, California 91101
   Telephone:  (626) 765-6800
6  Facsimile:  (626) 765-6801

7  Attorneys for Plaintiff and Counterclaim Defendant,
   STARR INDEMNITY & LIABILITY COMPANY
8

9              **UNITED STATES DISTRICT COURT**

10             **CENTRAL DISTRICT OF CALIFORNIA**

11

12 | STARR INDEMNITY & LIABILITY COMPANY, | Case No. 5:21-cv-00142-SB-ADS |
13 | Plaintiff, | **NOTICE OF SETTLEMENT OF ACTION** |
14 | vs. | |
15 | DUNHAM TRUST COMPANY, et al., | |
16 | Defendants. | |
17 |  | |
18 | DUNHAM TRUST COMPANY, as Personal Representative of THE ESTATE OF ANTONIO PASTINI, | |
19 | Counterclaimant, | |
20 | vs. | |
21 | STARR INDEMNITY & LIABILITY COMPANY, | |
22 | Counterclaim Defendant. | |

NOTICE OF SETTLEMENT OF ACTION

**TO THE HONORABLE COURT:**

**PLEASE TAKE NOTICE** that, following intensive negotiations, the parties hereto have agreed to a settlement of this entire action. The settlement also involves resolution, as respects a number of defendants, of the wrongful death action pending before this Court, styled *Karen Elliott, et al. v. Cessna Aircraft Co., et al.*, case no. 8:20-cv-00378-SB-ADS ("the *Elliott* Action"). The settlement additionally involves full resolution of two actions presently pending in the Orange County Superior Court: *State Farm Gen. Ins. Co. v. Estate of Antonio P. Pastini*, case no. 30-2019-01117416-CU-NP-CJC; and *First Nat'l Ins. Co. of America v. Estate of Antonio P. Pastini*, case no. 30-2020-01151707-CU-PO-CJC. The settlement must be approved by the court in the probate proceeding pending in the Ninth Judicial District Court for the State of Nevada, County of Douglas, styled *In the Matter of Estate of Antonio Pastini*, case no. 19-PB-0092. It is also dependent upon a good faith settlement determination in the *Elliott* Action. It is further dependent upon approvals of minors' compromises in the *Elliott* Action. In light of the various conditions of the settlement, it is respectfully requested that this Court vacate all dates set forth in its June 28, 2021 Minute Order (Doc. 67), and set the matter for a further status conference in or about ninety (90) days.

Dated: August 16, 2021              Respectfully submitted,

                                    LaMONTAGNE & AMADOR LLP


                                    By:   *Ralph S. LaMontagne, Jr.*          /s/
                                          Ralph S. LaMontagne, Jr.
                                          Thomas T. Carpenter
                                          Eric A. Amador
                                    Attorneys for Plaintiff and Counterclaim
                                    Defendant, STARR INDEMNITY &
                                    LIABILITY COMPANY