Ralph S. LaMontagne, Jr. [State Bar No. 91536]
rlamontagne@l-a-lawoffices.com
Eric A. Amador [State Bar No. 143395]
eamador@l-a-lawoffices.com
Thomas T. Carpenter [State Bar No. 98051]
tcarpenter@l-a-lawoffices.com
LaMONTAGNE & AMADOR LLP
150 S. Los Robles Avenue, Suite 940
Pasadena, California 91101
Telephone: (626) 765-6800
Facsimile: (626) 765-6801

Attorneys for Plaintiff/Counter-Defendant,
STARR INDEMNITY & LIABILITY COMPANY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STARR INDEMNITY & LIABILITY COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>DUNHAM TRUST COMPANY, et al.,<br>Defendants.<br><br>AND RELATED COUNTERCLAIMS | Case No. 5:21-cv-00142-SB-ADS<br><br>**STIPULATION RE: DISMISSAL OF ACTION** |

Pursuant to Federal Rule of Civil Procedure 41(a)(2) and this Court's order to Show Cause Re: Dismissal (Doc. 69), the parties listed below (collectively, "the Parties"), who are all the parties to this action, hereby respectfully request the Court to enter an order to the following effect:

This action shall be dismissed in its entirety forthwith; however, the dismissal shall be deemed by operation of this order to be with prejudice only upon the performance of all of the following four conditions in the wrongful death action

pending before this Court, styled *Karen Elliott, et al. v. Cessna Aircraft Co., et al.*, case no. 8:20-cv-00378-SB-ADS, as respects the settlement agreement herein:

    (1) The Court's approval of the settlement herein as being in "good-faith" (*see* Cal. Code Civ. Proc. § 877, *et seq*., and the factors outlined in *Tech-Bilt v. Woodward-Clyde & Associates*, 38 Cal.3d 488, 499, 698 P.2d 159, 166-67, 213 Cal. Rptr. 256, 263 (1985));

    (2) The Court's approval of minors' compromises as to all the minor plaintiffs in the wrongful death action (*see* Cal. Code Civ. Proc. § 372, *et seq*.; Cal. Probate Code § 3500, *et seq*.);

    (3) The actual funding of all settlements against all parties in full, which shall be defined as the final date upon which all payments have cleared the payee's account; and

    (4) The filing with this Court of an appropriate notice indicating that the three above-enumerated conditions precedent have in fact been satisfied, signed by counsel for all Parties to this action.

Dated:  November 11, 2021        LaMONTAGNE & AMADOR LLP

                                       By:  /s/ *Eric A. Amador*
                                            Ralph S. LaMontagne, Jr.
                                            Eric A. Amador
                                        Attorneys for Plaintiff/Counter-Defendant
                                        STARR INDEMNITY & LIABILITY COMPANY

Dated:  November 9, 2021         SMITH SMITH & FEELEY LLP

                                       By:  /s/ *Phillip E. Smith*
                                            Phillip E. Smith
                                        Attorneys for Defendant/Counterclaimant
                                        DUNHAM TRUST COMPANY

| | |
|---|---|
| 1  Dated: November 8, 2021 | WATKINS AND LETOFSKY LLP |
| 2 | |
| 3 | By: /s/ Michael F. Long |
|   | Michael F. Long |
| 4 | Attorneys for Defendant |
| 5 | STATE FARM GENERAL INSURANCE COMPANY |

| | | |
|---|---|---|
| Dated: November 9, 2021 | | RILEY SAFER HOLMES & CANCILA LLP |

By: /s/ *Shalem A. Massey*
Shalem A. Massey
Attorneys for Defendant
TEXTRON AVIATION INC.

Dated: November 9, 2021    McNICHOLAS AND McNICHOLAS LLP

By: /s/ *Douglas D. Winter*
Douglas D. Winter
Attorneys for Defendants/Counterclaimants
AMANDA GOODRICH, BOBBY LEBER, A.L., B.L., CAITLYN ROE, KAREN ELLIOTT, STEVEN ELLIOTT, SOMMER WELLS, NICHOLAS DEHARO, and AMY MAREFAT

Dated: November 9, 2021    JANG AND ASSOCIATES LLP

By: /s/ *Stephanie A. Yee*
Stephanie A. Yee
Attorneys for Defendant
FIRST NATIONAL INSURANCE COMPANY OF AMERICA

Dated: November ___, 2021    OSHINSKI & FORSBERG, LTD

By:
Richard A. Oshinski
Attorneys for DEBORAH L. PASTINI, individually and as Trustee of the Antonio P. Pastini Living Trust dated November 21, 2011

| | | |
|---|---|---|
| 1 | Dated: November ___, 2021 | RILEY SAFER HOLMES & CANCILA LLP |
| 2 | | |
| 3 | | By:_____ |
| 4 | | Shalem A. Massey<br>Attorneys for Defendant |
| 5 | | TEXTRON AVIATION INC. |
| 6 | Dated: November ___, 2021 | McNICHOLAS AND McNICHOLAS LLP |
| 7 | | |
| 8 | | By:_____ |
| 9 | | Douglas D. Winter<br>Attorneys for Defendants/Counterclaimants |
| 10 | | AMANDA GOODRICH, BOBBY LEBER, |
| 11 | | A.L., B.L., CAITLYN ROE, KAREN<br>ELLIOTT, STEVEN ELLIOTT, |
| 12 | | SOMMER WELLS, NICHOLAS DEHARO, |
| 13 | | and AMY MAREFAT |
| 14 | Dated: November ___, 2021 | JANG AND ASSOCIATES LLP |
| 15 | | |
| 16 | | By:_____ |
| 17 | | Stephanie A. Yee<br>Attorneys for Defendant |
| 18 | | FIRST NATIONAL INSURANCE |
| 19 | | COMPANY OF AMERICA |
| 20 | Dated: November 8, 2021 | OSHINSKI & FORSBERG, LTD |
| 21 | | |
| 22 | | By: /s/ R. Oshinski |
| 23 | | Richard A. Oshinski<br>Attorneys for DEBORAH L. PASTINI, |
| 24 | | individually and as Trustee of the Antonio P.<br>Pastini Living Trust dated November 21, 2011 |