JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STARR INDEMNITY & LIABILITY COMPANY,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>DUNHAM TRUST COMPANY, et al.,<br>Defendants.<br><br>AND RELATED COUNTERCLAIMS | Case No. 5:21-cv-00142-SB-ADS<br><br>**ORDER RE: DISMISSAL OF ACTION** |

　　　Having reviewed the stipulation of the Parties and good cause appearing therefor, this action shall be dismissed in its entirety forthwith; however, the dismissal shall be deemed by operation of this order to be with prejudice only upon the performance of all of the following four conditions in the wrongful death action pending before this Court, styled *Karen Elliott, et al. v. Cessna Aircraft Co., et al.*, case no. 8:20-cv-00378-SB-ADS, as respects the settlement agreement herein:

　　　(1) The Court's approval of the settlement herein as being in "good-faith" (*see* Cal. Code Civ. Proc. § 877, *et seq.*, and the factors outlined in *Tech-Bilt v.*

*Woodward-Clyde & Associates*, 38 Cal.3d 488, 499, 698 P.2d 159, 166-67, 213 Cal. Rptr. 256, 263 (1985));

(2) The Court's approval of minors' compromises as to all the minor plaintiffs in the wrongful death action (*see* Cal. Code Civ. Proc. § 372, *et seq*.; Cal. Probate Code § 3500, *et seq*.);

(3) The actual funding of all settlements against all parties in full, which shall be defined as the final date upon which all payments have cleared the payee's account; and

(4) The filing with this Court of an appropriate notice indicating that the three above-enumerated conditions precedent have in fact been satisfied, signed by counsel for all Parties to this action.

**IT IS SO ORDERED.**

Dated:  November 12, 2021

Stanley Blumenfeld, Jr.
United States District Judge